**Order entered October 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00180-CV

**BAPA BROOKLYN 2004, LLC AND JONATHAN BLOUNT, Appellants**

**V.**

**MICHAEL A. AND MARIA D. TWIEHAUS REVOCABLE LIVING TRUST, Appellee**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-11504**

### ORDER

Before the Court is appellants' September 30, 2021 third motion for extension of time to file their brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellants on August 16, 2021 filed as of the date of this order.

/s/    CRAIG SMITH
JUSTICE